## F. M. ROSS, Appellant,
### v.
## T. C. BATESON CONSTRUCTION COMPANY, Appellee.
### No. 17678.

United States Court of Appeals
Fifth Circuit.

Hugh A. Locke, Birmingham, Ala., for appellant.

Reid B. Barnes, James O. Haley, Birmingham, Ala., Olwin A. Fountain, Dallas, Tex., for appellee.

Before JONES, BROWN, and WISDOM, Circuit Judges.

PER CURIAM.

The petition for rehearing filed on October 30, 1959, is hereby denied. However, on suggestion of counsel for appellee, to which counsel for appellant has offered no objection, the opinion rendered herein on October 9, 1959, 5 Cir., 270 F.2d 796, is withdrawn, and the cause is hereby remanded to the District Court to permit dismissal of the appeal upon settlement of the parties.

## M. L. GILBERT, Jr., Appellant,
### v.
## UNITED STATES FIDELITY & GUARANTY COMPANY et al., Appellees.
### No. 18066.

United States Court of Appeals
Fifth Circuit.
Feb. 8, 1960.

James Barrow, Athens, Ga., for appellant.

Louis D. Yancey, Jr., Atlanta, Ga., for appellees.

Before RIVES, Chief Judge, and HUTCHESON and JONES, Circuit Judges.

PER CURIAM.

This appeal is from a judgment of the District Court of the Middle District of Georgia. The facts from which the controversy arose, the decision reached and the reasons for it are set forth in a reported opinion of the District Court. Gilbert v. United States Fidelity & Guaranty Company, D.C., 180 F.Supp. 794. We are in agreement with the District Court's decision and the reasons assigned by it. Its judgment is

Affirmed.